AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Barry, Maryanne T | 2. Court or Organization<br><br>US Court of Appeals 3rdCircuit | 3. Date of Report<br><br>8/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>USPO & Courthouse Bldg<br>Newark, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ▆ Trust #1 |
| 2. Co-Trustee | ▆ Trust #2 |
| 3. Co-Trustee | ▆ Trust #3 |
| 4. Co-Trustee | ▆ Trust #6 |
| 5. Co-Trustee | ▆ Trust #7 |
| 6. Co-Trustee | ▆ Trust #8 |
| 7. Co-Trustee | ▆ Trust #12 |
| 8. Co-Trustee | ▆ Trust #18 |
| 9. Co-Trustee | ▆ Trust #19 |
| 10. Trustee | ▆ Trust #20 |
| 11. Co-Trustee | ▆ Trust #21 |
| 12. Co-Trustee | ▆ Trust #22 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

DATE                                    PARTIES AND TERMS

1. _____    _____

2. _____    _____

3. _____    _____

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 Brooklyn, NY | A | Rent | | | LIQ | 12/31 | | | |
| 2. Rental Property #2 Brooklyn, NY | F | Rent | N | U | | | | | |
| 3. Rental Property #18 Brooklyn, NY | D | Rent | | | LIQ | 12/31 | | | |
| 4. Rental Property #16 Brooklyn, NY | A | Rent | N | U | | | | | |
| 5. Rental Property #17 Brooklyn, NY | E | Rent | J | U | | | | | |
| 6. Family Business #2 Brooklyn, NY | D | Int./Div. | M | U | | | | | |
| 7. Rental Property #21 Brooklyn, NY | G | Rent | O | U | | | | | |
| 8. Rental Property #22 Brooklyn, NY | E | Rent | J | U | | | | | |
| 9. Rental Property #23 Brooklyn, NY | C | Rent | | | LIQ | 12/31 | | | |
| 10. Rental Property #11 Brooklyn, NY | A | Rent | L | U | | | | | |
| 11. Rental Property #10 Brooklyn, NY | G | Rent | M | U | | | | | |
| 12. ████Trust #6 - List of Assets | E | Interest | P1 | T | | | | | |
| 13. - Cash JP MorganChase | | | | | | | | | |
| 14. ████Trust #7 - List of assets: | E | Interest | P1 | T | | | | | |
| 15. - Cash JPMorganChase | | | | | | | | | |
| 16. ████Trust #15 - List of assets: | C | Int./Div. | N | T | | | . | | |
| 17. - CASH - JPMORGAN TAX FREE | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| MONEY MARKET | | | | | | | | | |
| 18. - JPMORGAN TAX AWARE SHORT INTERMEDIATE INCOME FUND | | | | | SELL | 7/31 | K | A | |
| 19. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 20. - I SHARES RUSSELL 1000 | | | | | | | | | |
| 21. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | PARTIAL SALE | 7/31 | K | B | |
| 22. | | | | | PARTIAL SALE | 8/22 | K | D | |
| 23. | | | | | PARTIAL SALE | 12/20 | J | B | |
| 24. - JPMORGAN INTREPID AMERICA FUND | | | | | | | | | |
| 25. - JPMORGAN EQUITY INCOME II FUND (TAX AWARE LG CAP VAL FD) | | | | | PARTIAL SALE | 7/31 | J | A | |
| 26. - JPMORGAN SMALL CAP CORE (FORMERLY EQUITY) FUND | | | | | | | | | |
| 27. - JPMORGAN INTL EQUITY FUND | | | | | BUY | 7/31 | K | | |
| 28. -JPMORGAN INTERMEDIATE TX FREE BD FD | | | | | SELL | 7/31 | K | A | |
| 29. -JPMORGAN JAPAN FD | | | | | | | | | |
| 30. -JPMORGAN INTREPID GROWTH FD | | | | | BUY | 7/31 | J | | |
| 31. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | BUY | 12/20 | J | | |
| 32. -JP MORGAN MUNICIPAL INCOME FUND | | | | | BUY | 8/22 | L | | |
| 33. -THIRD AVENUE VALUE FUND | | | | | BUY | 7/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -MATTHEWS PACIFIC TIGER FUND | | | | | BUY | 7/31 | J | | |
| 35. -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | BUY | 7/31 | K | | |
| 36. ████ Trust #16 - List of assets: | C | Int./Div. | N | T | | | | | |
| 37. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 38. - JPMORGAN TAX AWARE SHORT INT INCOME FUND | | | | | SELL | 7/31 | K | A | |
| 39. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 40. - I SHARES RUSSELL 1000 | | | | | | | | | |
| 41. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | PARTIAL SALE | 7/31 | K | B | |
| 42. | | | | | PARTIAL SALE | 8/22 | K | C | |
| 43. | | | | | PARTIAL SALE | 12/20 | J | B | |
| 44. - JPMORGAN INTREPID AMERICA FUND | | | | | | | | | |
| 45. - JPMORGAN EQUITY INCOME II FUND (TAX AWARE LG CAP VAL) | | | | | PARTIAL SALE | 7/31 | J | A | |
| 46. - JPMORGAN SMALL CAP CORE (FORMERLY EQUITY) FUND | | | | | | | | | |
| 47. - JPMORGAN INTL EQUITY FUND | | | | | BUY | 7/31 | J | | |
| 48. -JPMORGAN JAPAN FD | | | | | | | | | |
| 49. -JPMORGAN INTREPID GWTH FD | | | | | BUY | 7/31 | J | | |
| 50. -JPMORGAN INTERMEDIATE TX FREE | | | | | SELL | 7/31 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BD FD | | | | | | | | | |
| 51. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | BUY | 12/20 | J | | |
| 52. -JP MORGAN MUNICIPAL INCOME FUND | | | | | BUY | 8/22 | K | | |
| 53. -THIRD AVENUE VALUE FUND | | | | | BUY | 7/31 | J | | |
| 54. -MATTHEWS PACIFIC TIGER FUND | | | | | BUY | 7/31 | J | | |
| 55. -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | BUY | 7/31 | J | | |
| 56. ▨Trust #17 - List of assets: | D | Int./Div. | P1 | T | | | | | |
| 57. - Cash JPMorgan Tax Free Money Market | | | | | | | | | |
| 58. - JPMorgan Tax Aware US Equity Fund | | | | | PARTIAL SALE | 8/22 | M | E | |
| 59. - JPMorgan Intl Equity Fund | | | | | BUY | 8/22 | K | | |
| 60. - JPMORGAN TAX AWARE SHORT INT INCOME FUND | | | | | SELL | 8/22 | M | A | |
| 61. - JPMORGAN MID CAP VALUE FUND | | | | | | | | | |
| 62. - JPMORGAN INTREPID AMERICA FUND | | | | | | | | | |
| 63. - JPMORGAN SMALL CAP CORE (FORMERLY EQUITY) FUND | | | | | | | | | |
| 64. -JPMORGAN JAPAN FD | | | | | PARTIAL SALE | 8/22 | J | B | |
| 65. -JPMORGAN INTREPID GWTH FD | | | | | | | | | |
| 66. -JPMORGAN INTERMEDIATE TX FREE | | | | | SELL | 8/22 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| BD FD | | | | | | | | | |
| 67. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | BUY | 8/22 | K | | |
| 68. -JP MORGAN MUNICIPAL INCOME FUND | | | | | BUY | 8/22 | N | | |
| 69. -THIRD AVENUE FUND INC | | | | | BUY | 8/22 | L | | |
| 70. -MATTHEWS PACIFIC TIGER FUND | | | | | BUY | 8/22 | K | | |
| 71. -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | BUY | 8/22 | L | | |
| 72. ▮▮▮Trust #1 - List of assets: | F | Int./Div. | O | T | | | | | |
| 73. - Cash JPMorganChase | | | | | CLOSED | 1/2 | | | |
| 74. - NEW WORLDFUND | | | | | BUY | 3/28 | K | | |
| 75. | | | | | BUY | 12/27 | K | | |
| 76. -SMALLCAP WORLD FUND INC | | | | | BUY | 3/28 | M | | |
| 77. | | | | | BUY | 12/27 | K | | |
| 78. -T-E MNY FUND OF AMERICA | | | | | OPEN | 1/2 | | | |
| 79. ▮▮▮Trust #2 - List of assets: | F | Int./Div. | O | T | | | | | |
| 80. - Cash JPMorganChase | | | | | CLOSED | 1/2 | | | |
| 81. - NEW WORLD FUND | | | | | BUY | 3/28 | M | | |
| 82. | | | | | BUY | 12/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 83. - SMALL CAP WORLD FUND | | | | | BUY | 3/28 | L | | |
| 84. | | | | | BUY | 12/27 | K | | |
| 85. -T-E MNY FUND OF AMERICA | | | | | OPEN | 1/2 | | | |
| 86. ▉▉Trust #3 - List of assets: | E | Interest | P1 | T | | | | | |
| 87. - Cash JPMorganChase | | | | | | | | | |
| 88. ▉▉Trust #8 - List of assets: | H1 | Rent | P4 | U | | | | | |
| 89. - Rental Property #24 | | | | | | | | | |
| 90. - Rental Property #21 | | | | | | | | | |
| 91. - Rental Property #25 | | | | | | | | | |
| 92. - Rental Property #22 | | | | | | | | | |
| 93. - Rental Property #23 | | | | | LIQ | 12/31 | | | |
| 94. - Cash - Chase | | | | | | | | | |
| 95. ▉▉Trust #12 - List of assets: | H1 | Rent | P4 | U | | | | | |
| 96. - Rental Property #24 | | | | | | | | | |
| 97. - Rental Property #21 | | | | | | | | | |
| 98. - Rental Property #25 | | | | | | | | | |
| 99. - Rental Property #22 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. - Rental Property #23 | | | | | LIQ | 12/31 | | | |
| 101. - CASH - CHASE | | | | | | | | | |
| 102. Chase Manhattan Bank | F | Interest | P1 | T | | | | | |
| 103. CAPITAL GUARDIAN- FIXED INCOME: | | | | | | | | | |
| 104. NY Empire UDC 5% 1/1/13 | D | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 105. NY DORM AUTH SVC 4.375% 4/1/11 | D | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 106. NJ ECON DEV 5.25% 6/15/07 | A | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 107. CO HLTH CHI 4.25% 9/1/09 | C | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 108. MICH ST BLDG 5.25% 10/15/11 | A | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 109. Brazos River 4.75% 5/1/29 | | None | | | TR TO GLOBAL | 4/3 | M | | |
| 110. NYS TWY AMBA 5% 4/01/09 | D | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 111. NYC HLTH/HOSP CORP 4.05% 2/15/11 | D | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 112. NYS DORM AUTH 4.5% 7/1/09 | D | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 113. NYS DORM 5.25% 11/15/23 | A | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 114. LIPA NY B 5.0% 6/1/07 | A | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 115. LIPA NY B 5.0% 12/1/06 | A | Interest | | | SELL | 3/29 | L | A | |
| 116. NY STATE TWY MBIA 5% 4/1/10 | C | Interest | | | TR TO | 4/3 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | GLOBAL | | | | |
| 117.  PUERTO RICO GO E 5% 7/1/28 | C | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 118.  NYS TWY 5% 4/1/19 | D | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 119.  NJ TRANSIT TRUST 5.25 6/15/06 | A | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 120.  NY TOBACCO SETTLEMENT 5% 6/1/09 | A | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 121.  PR GO C MBIA 4.25% 7/1/22 | C | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 122.  SUFFOLK CO NY MBI 4% 6/15/11 | A | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 123.  NY ST ENVIRON FAC CL 5.25% 6/15/12 | A | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 124.  NASSAU CO SALES TAX 5% 11/15/14 | A | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 125.  NYC GO 5% 8/1/15 | D | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 126.  NY ST ENV PIT FGIC 5.25% 12/15/16 | A | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 127.  YONKERS NY GO MBIA 5% 12/1/07 | A | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 128.  MET TRANS AUTH NY 5.25% 11/15/17 | A | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 129.  NY CITY TFA A 5.5% 11/1/26 | A | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 130.  NY SALES TAX RECEIV 5% 10/15/21 | A | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 131.  NEW YORK CITY GO M 5% 4/1/13 | D | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 132.  NY ST DORM AUTH ST 5% 7/1/15 | D | Interest | | | TR TO | 4/3 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000.000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | GLOBAL | | | | |
| 133. NY ST TWY AU FSA 5% 4/1/15 | D | Interest | | | TR TO GLOBAL | 4/3 | M | | |
| 134. NYS URBAN DEV CORP 5.5% 1/1/2017 | C | Interest | | | TR TO GLOBAL | 4/3 | N | | |
| 135. NYC NY SUB E4 DFRN 8/1/22 | C | Interest | | | SELL | 3/29 | N | A | |
| 136. NY ST TWY AU AMBAC 5% 4/1/2019 | B | Interest | | | BUY | 2/10 | N | | |
| 137. NY ST TWY AU AMBAC 5% 4/1/2019 | | None | | | TR TO GLOBA | 4/3 | N | | |
| 138. CONN ST HLTH YALE 7/1/29 | A | Interest | | | SELL | 3/29 | L | A | |
| 139. NY SER G 5.75% 10/15/2012 | | None | | | BUY | 3/28 | N | | |
| 140. NY Ser G 5.75% 10/15/2012 | | None | | | TR TO GLOBAL | 4/3 | N | | |
| 141. Money Market Fund - Federated NY Muni | B | Dividend | | | TR TO GLOBAL | 4/27 | L | | |
| 142. CAPITAL GUARDIAN - GLOBAL EQUITY: | | | | | | | | | |
| 143. Tokyo Electron | B | Dividend | M | T | BUY | 2/2 | M | | |
| 144. | | | | | PARTIAL SALE | 11/21 | L | E | |
| 145. Heineken Holding NV | B | Dividend | M | T | PARTIAL SALE | 1/12 | K | B | |
| 146. | | | | | BUY | 8/3 | K | | |
| 147. Vodafone Group PLC | D | Dividend | | | PARTIAL SALE | 1/12 | K | A | |
| 148. | | | | | PARTIAL | 1/23 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100.001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 149. | | | | | PARTIAL SALE | 8/15 | J | A | |
| 150. | | | | | SELL | 9/26 | L | A | |
| 151. Unilever NV NY SHRS | C | Dividend | L | T | BUY | 2/2 | K | | |
| 152. Cheung Kong Hldg | A | Dividend | L | T | PARTIAL SALE | 1/12 | K | D | |
| 153. | | | | | BUY | 8/3 | K | | |
| 154. Suncor Energy Inc | A | Dividend | M | T | | | | | |
| 155. Shell CDA LTD | B | Dividend | M | T | | | | | |
| 156. Astrazeneca PLC (SEK | C | Dividend | M | T | BUY | 2/2 | L | | |
| 157. ASTRAZENECA PLC (GBP) | C | Dividend | M | T | BUY | 2/2 | L | | |
| 158. Sun Hung Kai Prop | C | Dividend | M | T | BUY | 2/2 | M | | |
| 159. Nestle SA | D | Dividend | N | T | BUY | 2/2 | M | | |
| 160. Wal-Mart De Mexico | B | Dividend | N | T | BUY | 2/2 | J | | |
| 161. Holcim LTD | C | Dividend | M | T | BUY | 2/2 | J | | |
| 162. | | | | | BUY | 2/3 | J | | |
| 163. | | | | | PARTIAL SALE | 5/30 | J | A | |
| 164. CRH PLC | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000.001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 165. Richemont | C | Dividend | M | T | PARTIAL SALE | 1/12 | L | E | |
| 166. Novartis AG | C | Dividend | N | T | BUY | 2/2 | M | | |
| 167. Pearson PLC | B | Dividend | K | T | BUY | 2/2 | J | | |
| 168. Samsung Elec Gds | C | Dividend | N | T | PARTIAL SALE | 1/12 | L | E | |
| 169. | | | | | BUY | 8/3 | L | | |
| 170. Bouygues | C | Dividend | N | T | BUY | 2/2 | K | | |
| 171. | | | | | BUY | 3/7 | L | | |
| 172. | | | | | BUY | 3/8 | L | | |
| 173. | | | | | BUY | 11/8 | K | | |
| 174. JC Decaux INTL | A | Dividend | K | T | | | | | |
| 175. L'Air Liquide Bearer | D | Dividend | N | T | BUY | 2/2 | M | | |
| 176. | | | | | PARTIAL SALE | 6/12 | J | A | |
| 177. HSBC Hldgs | E | Dividend | N | T | BUY | 2/2 | M | | |
| 178. | | | | | BUY | 2/17 | M | | |
| 179. LI & Fung | C | Dividend | M | T | PARTIAL SALE | 1/12 | L | E | |
| 180. Nikko Cordial Corp | A | Dividend | | | BUY | 2/2 | K | | |
| 181. | | | | | SELL | 7/28 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 182. RECKITT BENCKISER | B | Dividend | L | T | PARTIAL SALE | 1/12 | K | C | |
| 183. SANOFI-AVENTIS | C | Dividend | N | T | PARTIAL SALE | 1/12 | K | D | |
| 184. | | | | | BUY | 8/3 | M | | |
| 185. | | | | | BUY | 10/20 | M | | |
| 186. AMERICA MOVIL | C | Dividend | M | T | PARTIAL SALE | 1/25 | L | E | |
| 187. | | | | | BUY | 8/4 | K | | |
| 188. SCHNEIDER ELECTRIC | C | Dividend | M | T | PARTIAL SALE | 1/12 | K | D | |
| 189. | | | | | PARTIAL SALE | 5/18 | J | C | |
| 190. | | | | | PARTIAL SALE | 5/26 | K | D | |
| 191. | | | | | BUY | 8/3 | J | | |
| 192. RENAULT | B | Dividend | L | T | BUY | 2/2 | K | | |
| 193. NIKON | A | Dividend | M | T | BUY | 2/2 | L | | |
| 194. HOYA CORP | C | Dividend | M | T | BUY | 2/2 | M | | |
| 195. STANDARD CHARTERED | C | Dividend | M | T | BUY | 2/2 | L | | |
| 196. | | | | | BUY | 12/5 | K | | |
| 197. AEON CO | A | Dividend | M | T | PARTIAL SALE | 1/12 | K | D | |
| 198. | | | | | BUY | 11/8 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. ROYAL BANK SCOTLAND | D | Dividend | N | T | BUY | 2/2 | M | | |
| 200. ESSILOR INTL | A | Dividend | L | T | | | | | |
| 201. KONINKLIJKE KPN NV | D | Dividend | M | T | BUY | 2/2 | L | | |
| 202. BNP PARIBAS | B | Dividend | L | T | PARTIAL SALE | 1/12 | K | D | |
| 203. | | | | | BUY | 3/31 | J | | |
| 204. | | | | | BUY | 8/3 | K | | |
| 205. GALLAGHER ARTHUR | B | Dividend | L | T | BUY | 8/3 | K | | |
| 206. REED ELSEVIER | C | Dividend | M | T | BUY | 2/2 | K | | |
| 207. STATE STR CORP | A | Dividend | | | PARTIAL SALE | 5/3 | J | B | |
| 208. | | | | | PARTIAL SALE | 5/5 | J | C | |
| 209. | | | | | PARTIAL SALE | 5/30 | K | D | |
| 210. | | | | | SELL | 5/31 | J | C | |
| 211. YAKULT HONSHA | A | Dividend | L | T | | | | | |
| 212. CINCINNATI FINL CORP | B | Dividend | L | T | | | | | |
| 213. DUKE ENERGY CORP | A | Dividend | L | T | PARTIAL SALE | 1/10 | J | A | |
| 214. EMERSON ELECTRIC | D | Dividend | N | T | BUY | 2/2 | M | | |
| 215. GENERAL ELECTRIC | B | Dividend | O | T | BUY | 2/2 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 216. | | | | | BUY | 2/3 | L | | |
| 217. ILLINOIS TOOL WORKS | B | Dividend | M | T | BUY | 2/2 | L | | |
| 218. | | | | | BUY | 7/6 | L | | |
| 219. INTEL CORP | B | Dividend | M | T | BUY | 3/6 | K | | |
| 220. | | | | | BUY | 3/21 | K | | |
| 221. | | | | | BUY | 4/28 | K | | |
| 222. | | | | | BUY | 8/3 | K | | |
| 223. PEPSICO | C | Dividend | M | T | BUY | 2/2 | L | | |
| 224. AT&T | B | Dividend | L | T | BUY | 8/3 | K | | |
| 225. SCHLUMBERGER LTD | B | Dividend | N | T | | | | | |
| 226. SOUTHWEST AIRLINES | A | Dividend | K | T | PARTIAL SALE | 1/11 | K | B | |
| 227. | | | | | PARTIAL SALE | 1/12 | J | B | |
| 228. | | | | | BUY | 8/3 | K | | |
| 229. UNION PACIFIC | B | Dividend | M | T | BUY | 2/2 | K | | |
| 230. | | | | | BUY | 8/3 | K | | |
| 231. WILLIAMS SONOMA | A | Dividend | K | T | | | | | |
| 232. AIR PRODUCTS & CHEMICALS | B | Dividend | M | T | BUY | 2/2 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 233. FLUOR CORP | A | Dividend | L | T | | | | | |
| 234. INT'L BUSINESS MACHINES | C | Dividend | M | T | BUY | 2/2 | M | | |
| 235. | | | | | PARTIAL SALE | 10/19 | L | B | |
| 236. MICROSOFT CORP | C | Dividend | M | T | BUY | 1/10 | L | | |
| 237. | | | | | BUY | 1/11 | K | | |
| 238. | | | | | BUY | 1/13 | J | | |
| 239. | | | | | BUY | 2/2 | K | | |
| 240. | | | | | BUY | 2/3 | J | | |
| 241. | | | | | BUY | 2/23 | J | | |
| 242. | | | | | PARTIAL SALE | 5/2 | M | A | |
| 243. INTERPUBLIC GP | | None | | | BUY | 4/11 | J | | |
| 244. | | | | | SALE | 4/17 | J | A | |
| 245. CAMPBELL SOUP CO | B | Dividend | L | T | BUY | 2/2 | L | | |
| 246. | | | | | PARTIAL SALE | 10/19 | L | E | |
| 247. ROYAL DUTCH SHELL | E | Dividend | N | T | BUY | 2/2 | M | | |
| 248. | | | | | BUY | 8/3 | J | | |
| 249. UNITED TECHNOLOGIES | C | Dividend | N | T | BUY | 2/2 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 250. BAKER HUGHES | A | Dividend | L | T | PARTIAL SALE | 7/28 | J | C | |
| 251. CITIGROUP | B | Dividend | K | T | | | | | |
| 252. WELLS FARGO & CO | C | Dividend | L | T | | | | | |
| 253. BERKSHIRE HATHAWAY | | None | L | T | | | | | |
| 254. ROBERT HALF INTL | | None | | | SELL | 1/24 | K | E | |
| 255. COSTCO | A | Dividend | L | T | PARTIAL SALE | 1/23 | J | B | |
| 256. LOWES COS | B | Dividend | N | T | BUY | 2/2 | K | | |
| 257. | | | | | BUY | 8/3 | K | | |
| 258. UNITED PARCEL SERVICE | B | Dividend | L | T | | | | | |
| 259. EXXON MOBIL | C | Dividend | M | T | BUY | 2/2 | K | | |
| 260. | | | | | PARTIAL SALE | 8/17 | M | E | |
| 261. FEDEX CORP | A | Dividend | L | T | BUY | 2/2 | J | | |
| 262. SIEMENS | A | Dividend | L | T | PARTIAL SALE | 1/11 | K | C | |
| 263. | | | | | BUY | 8/3 | K | | |
| 264. ALLERGAN INC | A | Dividend | M | T | PARTIAL SALE | 1/11 | L | E | |
| 265. | | | | | BUY | 8/3 | K | | |
| 266. SLM CORP | D | Dividend | N | T | BUY | 2/2 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 267. | | | | | BUY | 11/8 | L | | |
| 268. | | | | | BUY | 11/16 | J | | |
| 269. | | | | | BUY | 11/17 | J | | |
| 270. | | | | | BUY | 12/5 | K | | |
| 271. | | | | | BUY | 12/6 | K | | |
| 272. WEATHERFORD INTL | | None | L | T | PARTIAL SALE | 3/21 | J | C | |
| 273. | | | | | PARTIAL SALE | 4/25 | K | E | |
| 274. PORTUGAL TELECOM | | None | | | SELL | 1/30 | L | A | |
| 275. RIO TINTO | D | Dividend | M | T | PARTIAL SALE | 1/12 | L | E | |
| 276. | | | | | BUY | 8/3 | K | | |
| 277. AMERICAN STD | D | Dividend | N | T | BUY | 2/2 | L | | |
| 278. | | | | | BUY | 2/7 | M | | |
| 279. | | | | | BUY | 2/8 | L | | |
| 280. SAP | B | Dividend | N | T | BUY | 2/2 | M | | |
| 281. | | | | | BUY | 2/2 | K | | |
| 282. | | | | | BUY | 7/31 | K | | |
| 283. | | | | | BUY | 8/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 284. KINDER MORGAN | B | Dividend | K | T | PARTIAL SALE | 7/7 | L | E | |
| 285. MITSUBISHI CORP | B | Dividend | M | T | PARTIAL SALE | 1/12 | M | F | |
| 286. | | | | | PARTIAL SALE | 1/26 | K | E | |
| 287. | | | | | BUY | 4/27 | M | | |
| 288. COMCAST | | None | M | T | BUY | 2/2 | L | | |
| 289. CANON | A | Dividend | L | T | | | | | |
| 290. WHOLE FOODS MARKET | B | Dividend | K | T | PARTIAL SALE | 1/3 | K | D | |
| 291. AMYLIN PHARMACEUTICALS | | None | | | SELL | 4/27 | K | E | |
| 292. KRAFT FOODS | C | Dividend | M | T | BUY | 2/2 | L | | |
| 293. MITSUBISHI ESTATE | B | Dividend | N | T | BUY | 2/2 | L | | |
| 294. HONG KONG & CHINA GAS | B | Dividend | M | T | PARTIAL SALE | 1/12 | L | D | |
| 295. | | | | | BUY | 8/3 | K | | |
| 296. | | | | | BUY | 8/3 | K | | |
| 297. GOLDEN WEST FINL | A | Dividend | | | SELL | 10/2 | K | D | |
| 298. JPMORGAN CHASE | C | Dividend | M | T | PARTIAL SALE | 3/15 | L | D | |
| 299. | | | | | BUY | 2/2 | L | | |
| 300. | | | | | PARTIAL | 8/16 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 301. | | | | | PARTIAL SALE | 9/13 | K | D | |
| 302. HBOS PLC | C | Dividend | M | T | PARTIAL SALE | 1/12 | L | E | |
| 303. | | | | | PARTIAL SALE | 1/26 | K | D | |
| 304. | | | | | BUY | 8/3 | L | | |
| 305. PROCTER & GAMBLE | A | Dividend | K | T | BUY | 2/2 | J | | |
| 306. AUTONATION | | None | L | T | PARTIAL SALE | 1/11 | J | C | |
| 307. | | | | | PARTIAL SALE | 4/12 | K | D | |
| 308. | | | | | BUY | 3/15 | K | | |
| 309. MATTEL | | None | | | SELL | 1/11 | K | A | |
| 310. AMERICAN INTL GROUP | A | Dividend | L | T | BUY | 2/2 | J | | |
| 311. | | | | | BUY | 8/3 | K | | |
| 312. CHEVRON CORP | D | Dividend | M | T | BUY | 2/2 | L | | |
| 313. | | | | | PARTIAL SALE | 10/25 | K | D | |
| 314. SUMITOMO MITSUI FINL | A | Dividend | N | T | PARTIAL SALE | 1/12 | L | E | |
| 315. | | | | | BUY | 8/3 | L | | |
| 316. | | | | | BUY | 12/6 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 317. BHP BILLITON | B | Dividend | K | T | PARTIAL SALE | 1/12 | K | E | |
| 318. | | | | | PARTIAL SALE | 5/1 | J | D | |
| 319. GENERAL GROWTH PPTYS | B | Dividend | M | T | BUY | 2/2 | K | | |
| 320. | | | | | BUY | 8/3 | J | | |
| 321. OMNICOM GROUP | B | Dividend | M | T | BUY | 2/2 | K | | |
| 322. MITSUI SUMITOMO INS | A | Dividend | L | T | BUY | 2/2 | J | | |
| 323. DAVITA | | None | M | T | | | | | |
| 324. WELLPOINT (FORMERLY ANTHEM) | | None | M | T | BUY | 2/2 | K | | |
| 325. TIME WARNER | A | Dividend | L | T | BUY | 2/2 | J | | |
| 326. ENI | B | Dividend | K | T | PARTIAL SALE | 1/13 | O | E | |
| 327. FANUC | C | Dividend | N | T | BUY | 2/2 | M | | |
| 328. FOREST LABS | | None | L | T | | | | | |
| 329. ALCAN | B | Dividend | M | T | BUY | 2/2 | K | | |
| 330. VERIZON COMM | B | Dividend | K | T | BUY | 2/2 | J | | |
| 331. | | | | | PARTIAL SALE | 5/24 | K | A | |
| 332. | | | | | BUY | 7/6 | K | | |
| 333. SMITH & NEPHEW | A | Dividend | M | T | BUY | 2/2 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 334. | | | | | BUY | 8/30 | K | | |
| 335. | | | | | BUY | 8/31 | K | | |
| 336. CISCO | | None | L | T | BUY | 8/3 | J | | |
| 337. AGILENT TECH | | None | L | T | | | | | |
| 338. HANG LUNG PROP | C | Dividend | M | T | BUY | 2/2 | K | | |
| 339. TOKYO GAS | A | Dividend | L | T | BUY | 2/2 | K | | |
| 340. | | | | | PARTIAL SALE | 5/10 | K | E | |
| 341. | | | | | BUY | 5/10 | K | | |
| 342. ACCOR | B | Dividend | M | T | BUY | 2/6 | K | | |
| 343. COCA-COLA AMATIL | A | Dividend | J | T | PARTIAL SALE | 1/12 | K | C | |
| 344. | | | | | PARTIAL SALE | 1/27 | K | C | |
| 345. SINGAPORE TELECOM | D | Dividend | M | T | PARTIAL SALE | 1/12 | K | C | |
| 346. | | | | | BUY | 1/12 | K | | |
| 347. | | | | | BUY | 7/24 | J | | |
| 348. | | | | | BUY | 8/11 | K | | |
| 349. | | | | | BUY | 8/14 | K | | |
| 350. | | | | | BUY | 10/5 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 351. ERICSSON | C | Dividend | | | BUY | 2/2 | M | | |
| 352. | | | | | PARTIAL SALE | 8/18 | M | A | |
| 353. | | | | | SELL | 8/21 | K | A | |
| 354. TESCO | B | Dividend | L | T | | | | | |
| 355. WOOLWORTHS | C | Dividend | M | T | BUY | 2/2 | K | | |
| 356. | | | | | BUY | 4/28 | J | | |
| 357. | | | | | BUY | 10/6 | J | | |
| 358. LEXMARK | | None | | | SELL | 2/3 | K | A | |
| 359. SUZUKI MOTOR | A | Dividend | M | T | BUY | 2/2 | K | | |
| 360. | | | | | BUY | 2/3 | J | | |
| 361. | | | | | BUY | 2/7 | J | | |
| 362. L'OREAL | B | Dividend | L | T | BUY | 3/8 | K | | |
| 363. POTASH CORP SK C$ | A | Dividend | N | T | BUY | 2/9 | L | | |
| 364. | | | | | BUY | 10/19 | M | | |
| 365. NATIONAL INSTRUMENTS CORP | A | Dividend | L | T | BUY | 7/18 | J | | |
| 366. SEPRACOR INC | | None | L | T | BUY | 2/2 | M | | |
| 367. | | | | | BUY | 4/6 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 368. | | | | | BUY | 4/28 | K | | |
| 369. | | | | | PARTIAL SALE | 7/25 | L | A | |
| 370. | | | | | PARTIAL SALE | 7/26 | M | A | |
| 371. IBERDROLA SA | C | Dividend | K | T | BUY | 2/2 | J | | |
| 372. | | | | | BUY | 2/3 | J | | |
| 373. | | | | | PARTIAL SALE | 10/4 | L | E | |
| 374. | | | | | PARTIAL SALE | 10/23 | K | D | |
| 375. WASHINGTON MUT INC | E | Dividend | N | T | BUY | 2/2 | M | | |
| 376. | | | | | BUY | 3/31 | L | | |
| 377. TOLL HLDGS LTD | C | Dividend | M | T | BUY | 2/2 | K | | |
| 378. | | | | | BUY | 8/3 | K | | |
| 379. EXELON CORPORATION | B | Dividend | L | T | | | | | |
| 380. GENERAL DYNAMICS CORP | A | Dividend | L | T | | | | | |
| 381. CENTRICA | C | Dividend | M | T | BUY | 2/2 | K | | |
| 382. MILLENNIUM PHARMACEUTICALS INC | | None | M | T | | | | | |
| 383. EAST WEST BANCORP INC | A | Dividend | L | T | BUY | 2/2 | K | | |
| 384. ALTADIS SA (SPAIN) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 385. FORTIS | C | Dividend | M | T | BUY | 5/18 | K | | |
| 386. | | | | | BUY | 7/25 | J | | |
| 387. LEGGETT & PLATT INC | B | Dividend | K | T | | | | | |
| 388. SUMITOMO REAL ESTATE SALES | A | Dividend | L | T | | | | | |
| 389. JOHNSTON PRESS PLC | B | Dividend | L | T | BUY | 2/2 | K | | |
| 390. | | | | | BUY | 8/3 | J | | |
| 391. SASOL SPON ADR | C | Dividend | M | T | BUY | 4/6 | M | | |
| 392. INDITEX | B | Dividend | L | T | BUY | 2/2 | K | | |
| 393. MORRISON (WILLIAM) SUPERMARKETS | A | Dividend | | | SELL | 9/28 | K | D | |
| 394. ADOBE SYSTEMS | | None | | | SELL | 6/19 | K | A | |
| 395. RINKER GROUP LTD | D | Dividend | N | T | BUY | 2/2 | L | | |
| 396. | | | | | BUY | 8/3 | K | | |
| 397. WESFARMERS LTD | A | Dividend | | | BUY | 2/2 | K | | |
| 398. | | | | | SELL | 5/11 | K | A | |
| 399. CANADIAN NATURAL RESOURCES | A | Dividend | M | T | BUY | 1/5 | J | | |
| 400. | | | | | BUY | 1/6 | J | | |
| 401. | | | | | BUY | 2/2 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 402. | | | | | BUY | 8/3 | K | | |
| 403. ALLIANZ | A | Dividend | L | T | BUY | 2/2 | K | | |
| 404. BAYER AG BEARER | B | Dividend | L | T | BUY | 2/2 | K | | |
| 405. BMW | A | Dividend | L | T | BUY | 2/2 | K | | |
| 406. BANCO SANTANDER CENTRAL HISPANO | B | Dividend | L | T | BUY | 2/2 | K | | |
| 407. REPSOL-YPF | A | Dividend | | | PARTIAL SALE | 1/27 | K | A | |
| 408. | | | | | SELL | 2/1 | J | A | |
| 409. VEOLIA ENVIRONMENT | C | Dividend | N | T | BUY | 2/2 | L | | |
| 410. KINGFISHER PLC | C | Dividend | L | T | | | | | |
| 411. CADBURY SCHWEPPES | B | Dividend | K | T | BUY | 2/2 | K | | |
| 412. SCOTTISH AND SOUTHERN ENERGY | D | Dividend | M | T | BUY | 2/2 | K | | |
| 413. | | | | | BUY | 2/6 | L | | |
| 414. TREND MICRO | | None | L | T | | | | | |
| 415. TOKYO ELECTRIC POWER CO | A | Dividend | L | T | BUY | 2/2 | K | | |
| 416. MCDONALDS CORP | B | Dividend | L | T | BUY | 2/2 | K | | |
| 417. IMCLONE | | None | L | T | BUY | 8/3 | K | | |
| 418. | | | | | BUY | 9/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 419. AVON PRODUCTS INC | A | Dividend | K | T | PARTIAL SALE | 1/30 | K | A | |
| 420. | | | | | BUY | 11/8 | K | | |
| 421. CAPITAL ONE FINANCIAL CORP | A | Dividend | L | T | BUY | 2/2 | K | | |
| 422. CARNIVAL CORP | C | Dividend | | | BUY | 2/2 | M | | |
| 423. | | | | | PARTIAL SALE | 5/25 | M | A | |
| 424. | | | | | BUY | 6/30 | M | | |
| 425. | | | | | BUY | 7/10 | L | | |
| 426. | | | | | PARTIAL SALE | 9/21 | L | D | |
| 427. | | | | | SELL | 9/22 | M | D | |
| 428. DANAHER CORP | A | Dividend | K | T | BUY | 2/2 | J | | |
| 429. MEDCO HEALTH SOLUTIONS | | None | | | BUY | 2/2 | K | | |
| 430. | | | | | SELL | 11/10 | L | A | |
| 431. ALCOA INC | A | Dividend | L | T | BUY | 2/2 | K | | |
| 432. DELTA PETROLEUM | | None | N | T | BUY | 1/4 | J | | |
| 433. | | | | | BUY | 2/2 | L | | |
| 434. | | | | | BUY | 5/18 | K | | |
| 435. | | | | | BUY | 5/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 436. | | | | | BUY | 5/22 | K | | |
| 437. | | | | | BUY | 5/23 | K | | |
| 438. | | | | | BUY | 5/25 | K | | |
| 439. ZYMOGENETICS INC | | None | K | T | BUY | 1/5 | J | | |
| 440. | | | | | BUY | 2/13 | J | | |
| 441. | | | | | BUY | 3/16 | K | | |
| 442. | | | | | BUY | 3/21 | J | | |
| 443. | | | | | BUY | 3/22 | J | | |
| 444. | | | | | BUY | 3/27 | J | | |
| 445. NEWCREST MINING NPV | A | Dividend | L | T | BUY | 1/16 | K | | |
| 446. | | | | | BUY | 1/17 | J | | |
| 447. | | | | | BUY | 1/23 | J | | |
| 448. | | | | | BUY | 2/7 | K | | |
| 449. BRAMBLES IND LTD | C | Dividend | L | T | BUY | 2/7 | K | | |
| 450. BARRICK GOLD CORP | A | Dividend | L | T | BUY | 2/10 | L | | |
| 451. | | | | | BUY | 5/17 | J | | |
| 452. ADIDAS-SALOMON AG | A | Dividend | | | BUY | 1/30 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 453. | | | | | BUY | 5/18 | J | | |
| 454. | | | | | SELL | 11/15 | K | A | |
| 455. TOTAL SA | C | Dividend | M | T | BUY | 1/31 | L | | |
| 456. | | | | | BUY | 2/2 | L | | |
| 457. NOKIA OYJ | A | Dividend | M | T | BUY | 3/10 | J | | |
| 458. | | | | | BUY | 3/13 | J | | |
| 459. | | | | | BUY | 3/29 | K | | |
| 460. | | | | | BUY | 4/10 | K | | |
| 461. | | | | | BUY | 4/18 | L | | |
| 462. | | | | | BUY | 5/15 | K | | |
| 463. | | | | | BUY | 5/18 | K | | |
| 464. | | | | | BUY | 8/3 | K | | |
| 465. | | | | | PARTIAL SALE | 10/24 | L | A | |
| 466. MELCO INT'L | A | Dividend | M | T | BUY | 3/29 | J | | |
| 467. | | | | | BUY | 3/31 | J | | |
| 468. | | | | | BUY | 4/3 | J | | |
| 469. | | | | | BUY | 4/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 470. | | | | | BUY | 4/21 | K | | |
| 471. | | | | | BUY | 4/25 | K | | |
| 472. | | | | | BUY | 4/26 | K | | |
| 473. SOFTBANK CORP | A | Dividend | M | T | BUY | 2/13 | L | | |
| 474. | | | | | BUY | 2/20 | L | | |
| 475. | | | | | BUY | 5/18 | L | | |
| 476. | | | | | PARTIAL SALE | 7/25 | M | A | |
| 477. | | | | | BUY | 9/27 | M | | |
| 478. | | | | | BUY | 10/3 | L | | |
| 479. NIPPON STEEL CORP | B | Dividend | L | T | BUY | 2/22 | K | | |
| 480. DISNEY WALT CO | | None | M | T | BUY | 1/6 | K | | |
| 481. | | | | | BUY | 1/9 | K | | |
| 482. | | | | | BUY | 1/13 | J | | |
| 483. | | | | | BUY | 2/2 | L | | |
| 484. CORNING INC COM | | None | M | T | BUY | 2/2 | M | | |
| 485. | | | | | BUY | 8/3 | K | | |
| 486. MARSH & MCLENNAN COS | B | Dividend | L | T | BUY | 2/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 487. | | | | | BUY | 3/2 | J | | |
| 488. | | | | | BUY | 3/3 | J | | |
| 489. | | | | | BUY | 3/7 | K | | |
| 490. | | | | | BUY | 3/8 | J | | |
| 491. | | | | | BUY | 3/21 | K | | |
| 492. | | | | | BUY | 5/9 | J | | |
| 493. | | | | | BUY | 7/27 | J | | |
| 494. MEDTRONIC INC | A | Dividend | M | T | BUY | 3/17 | M | | |
| 495. | | | | | BUY | 3/31 | K | | |
| 496. CARNIVAL PLC | A | Dividend | | | BUY | 2/2 | K | | |
| 497. | | | | | SELL | 5/25 | K | A | |
| 498. Brazos River 4.75% 5/1/29 | C | Interest | | | TR FM F.I. | 4/3 | M | | |
| 499. | | | | | SELL | 11/1 | L | A | |
| 500. NY Empire UDC 5% 1/1/13 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 501. NY DORM AUTH SVC 4.375% 4/1/11 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 502. NJ ECON DEV 5.25% 6/15/07 | C | Interest | | | TR FM F.I. | 4/3 | M | | |
| 503. | | | | | SELL | 5/24 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 504. CO HLTH CHI 4.25% 9/1/09 | D | Interest | | | TR FM F.I. | 4/3 | M | A | |
| 505. | | | | | SELL | 12/20 | M | C | |
| 506. MICH ST BLDG 5.25% 10/15/11 | D | Interest | | | TR FM F.I. | 4/3 | M | | |
| 507. | | | | | SELL | 12/20 | M | C | |
| 508. NYS TWY AMBA 5% 4/01/09 | C | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 509. NYS TWY 5% 4/1/19 | D | Interest | N | T | TR FRM F.I. | 4/3 | N | | |
| 510. NYC HLTH/HOSP CORP 4.05% 2/15/11 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 511. NYS DORM AUTH 4.5% 7/1/09 | C | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 512. NYS DORM 5.25% 11/15/23 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 513. LIPA NY B 5.0% 6/1/07 | D | Interest | | | TR FM F.I. | 4/3 | M | | |
| 514. | | | | | SELL | 12/20 | M | A | |
| 515. NY STATE TWY MBIA 5% 4/1/10 | C | Interest | | | TR FM F.I. | 4/3 | M | | |
| 516. | | | | | SELL | 12/11 | M | A | |
| 517. PUERTO RICO GO E 5% 7/1/28 | D | Interest | | | TR FM F.I. | 4/3 | M | | |
| 518. | | | | | SELL | 10/12 | M | A | |
| 519. NJ TRANSIT TRUST 5.25 6/15/06 | C | Interest | | | TR FM F.I. | 4/3 | M | | |
| 520. | | | | | REDEMPTION | 6/15 | M | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 521.  NY TOBACCO SETTLEMENT 5% 6/1/09 | C | Interest | M | T | TR FM F.I. | 4/3 | M | | |
| 522.  PR GO C MBIA 4.25% 7/1/22 | C | Interest | | | TR FM F.I. | 4/3 | M | | |
| 523. | | | | | SELL | 10/6 | M | A | |
| 524.  SUFFOLK CO NY MBI 4% 6/15/11 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 525.  NY ST ENVIRON FAC CL 5.25% 6/15/12 | D | Interest | M | T | TR FM F.I. | 4/3 | M | | |
| 526.  NASSAU CO SALES TAX 5% 11/15/14 | D | Interest | M | T | TR FM F.I. | 4/3 | M | | |
| 527.  NYC GO 5% 8/1/15 | C | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 528.  NY ST ENV PIT FGIC 5.25% 12/15/16 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 529.  YONKERS NY GO MBIA 5% 12/1/07 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 530.  MET TRANS AUTH NY 5.25% 11/15/17 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 531.  NY CITY TRA A 5.5% 11/1/26 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 532.  NY SALES TAX RECEIV 5% 10/15/21 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 533.  NEW YORK CITY GO M 5% 4/1/13 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 534.  NY ST DORM AUTH ST 5% 7/1/15 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 535.  NY ST TWY AU FSA 5% 4/1/15 | C | Interest | M | T | TR FM F.I. | 4/3 | M | | |
| 536.  EMPIRE ST DEV 5.5% 1/1/17 (FORMERLY NYS URBAN DEV CORP ) | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 537. | | | | | PARTIAL | 12/20 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 538. NY Ser G 5.75% 10/15/2012 | D | Interest | | | TR FM F.I. | 4/3 | N | | |
| 539. | | | | | SELL | 5/24 | N | A | |
| 540. NY ST TWY AU AMBAC 5% 4/1/2019 | D | Interest | N | T | TR FM F.I. | 4/3 | N | | |
| 541. ING GROUP NV CVA | A | Dividend | M | T | BUY | 5/17 | K | | |
| 542. | | | | | BUY | 8/17 | M | | |
| 543. BAE SYSTEMS PLC | D | Dividend | N | T | BUY | 4/4 | M | | |
| 544. | | | | | BUY | 4/5 | J | | |
| 545. | | | | | BUY | 4/7 | L | | |
| 546. | | | | | BUY | 8/3 | K | | |
| 547. | | | | | BUY | 12/5 | J | | |
| 548. YELL GROUP PLC | | None | M | T | BUY | 4/7 | L | | |
| 549. | | | | | BUY | 4/10 | L | | |
| 550. NITTO | A | Dividend | | | BUY | 4/10 | K | | |
| 551. | | | | | PARTIAL SALE | 7/25 | K | A | |
| 552. | | | | | BUY | 8/29 | K | | |
| 553. | | | | | SELL | 11/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 554. SPRINT NEXTEL CORP | A | Dividend | K | T | BUY | 4/5 | K | | |
| 555. | | | | | PARTIAL SALE | 9/19 | K | A | |
| 556. | | | | | PARTIAL SALE | 9/20 | J | A | |
| 557. | | | | | BUY | 10/25 | K | | |
| 558. WACHOVIA CORP | B | Dividend | L | T | BUY | 4/26 | K | | |
| 559. | | | | | BUY | 7/7 | J | | |
| 560. | | | | | BUY | 7/10 | J | | |
| 561. TARGET CORP | A | Dividend | K | T | BUY | 5/10 | K | | |
| 562. | | | | | BUY | 10/5 | K | | |
| 563. | | | | | BUY | 10/6 | J | | |
| 564. | | | | | BUY | 12/12 | K | | |
| 565. DELL INC | | None | L | T | BUY | 5/16 | K | | |
| 566. PUERTO RICO COMM 5% 12/1/2013 | D | Interest | N | T | BUY | 5/23 | N | | |
| 567. SARA LEE CORP | A | Dividend | K | T | BUY | 6/2 | J | | |
| 568. | | | | | BUY | 6/6 | J | | |
| 569. | | | | | BUY | 6/7 | J | | |
| 570. | | | | | BUY | 6/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 571. | | | | | BUY | 6/21 | J | | |
| 572. | | | | | BUY | 6/27 | J | | |
| 573. | | | | | BUY | 7/7 | J | | |
| 574. | | | | | BUY | 7/10 | J | | |
| 575. | | | | | BUY | 7/11 | J | | |
| 576. | | | | | BUY | 7/14 | J | | |
| 577. | | | | | BUY | 7/17 | J | | |
| 578. | | | | | BUY | 7/21 | J | | |
| 579. | | | | | BUY | 7/25 | J | | |
| 580. | | | | | BUY | 7/28 | J | | |
| 581. | | | | | BUY | 7/31 | J | | |
| 582. METROPOLITAN TR AUTH G2 11/1/2026 | C | Interest | M | T | BUY | 6/26 | M | | |
| 583. | | | | | BUY | 11/22 | L | | |
| 584. | | | | | PARTIAL SALE | 12/8 | L | A | |
| 585. INFOSYS TECHNOLOGIES ADR | A | Dividend | M | T | BUY | 6/27 | M | | |
| 586. | | | | | BUY | 6/28 | K | | |
| 587. JARDEN CORP | | None | L | T | BUY | 6/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 588. | | | | | BUY | 6/28 | K | | |
| 589. | | | | | BUY | 6/29 | J | | |
| 590. | | | | | BUY | 6/30 | J | | |
| 591. | | | | | BUY | 7/5 | J | | |
| 592. | | | | | BUY | 7/10 | J | | |
| 593. | | | | | BUY | 7/11 | J | | |
| 594. CAMECO CORP | A | Dividend | L | T | BUY | 8/3 | L | | |
| 595. TORONTO-DOMINION BANK | | None | L | T | BUY | 9/12 | L | | |
| 596. AXA | | None | L | T | BUY | 8/31 | K | | |
| 597. | | | | | BUY | 9/1 | J | | |
| 598. | | | | | BUY | 9/4 | J | | |
| 599. | | | | | BUY | 9/5 | J | | |
| 600. ICICI BANK LTD | | None | M | T | BUY | 7/18 | L | | |
| 601. | | | | | BUY | 7/25 | J | | |
| 602. | | | | | BUY | 7/26 | K | | |
| 603. AMAZON.COM | | None | M | T | BUY | 8/1 | L | | |
| 604. CERNER CORP | | None | M | T | BUY | 8/1 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 605. | | | | | BUY | 8/2 | K | | |
| 606. | | | | | BUY | 8/3 | K | | |
| 607. | | | | | BUY | 8/4 | K | | |
| 608. | | | | | BUY | 8/8 | K | | |
| 609. | | | | | BUY | 8/9 | J | | |
| 610. | | | | | BUY | 8/11 | J | | |
| 611. | | | | | BUY | 8/15 | J | | |
| 612. | | | | | BUY | 8/22 | J | | |
| 613. NYC TFA VAR 11/1/2022 | B | Interest | | | BUY | 8/31 | M | | |
| 614. | | | | | PARTIAL SALE | 11/1 | J | A | |
| 615. | | | | | SELL | 12/21 | L | A | |
| 616. LINCARE HOLDING INC | | None | L | T | BUY | 9/6 | K | | |
| 617. | | | | | BUY | 9/7 | K | | |
| 618. | | | | | BUY | 9/8 | J | | |
| 619. | | | | | BUY | 9/11 | K | | |
| 620. HANESBRANDS INC | | None | K | T | BUY | 9/12 | J | | |
| 621. | | | | | BUY | 9/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 622. | | | | | BUY | 9/15 | J | | |
| 623. ARCH COAL INC | A | Dividend | L | T | BUY | 9/21 | K | | |
| 624. | | | | | BUY | 9/22 | L | | |
| 625. CLARIANT NAM | | None | L | T | BUY | 12/20 | K | | |
| 626. | | | | | BUY | 12/21 | K | | |
| 627. UCB SA | | None | N | T | BUY | 10/31 | M | | |
| 628. | | | | | BUY | 11/13 | K | | |
| 629. LEGAL & GENERAL GP PLC | | None | M | T | BUY | 10/20 | L | | |
| 630. SABMILLER PLC | | None | L | S | BUY | 12/7 | K | | |
| 631. | | | | | BUY | 12/13 | J | | |
| 632. | | | | | BUY | 12/15 | J | | |
| 633. | | | | | BUY | 12/18 | J | | |
| 634. SWIRE PACIFIC LTD | | None | L | T | BUY | 11/8 | L | | |
| 635. MITSUBISHI UFJ HOLDINGS | A | Dividend | L | T | BUY | 2/2 | L | | |
| 636. | | | | | BUY | 11/21 | J | | |
| 637. JOHNSON CONTROLS LTD | | None | K | T | BUY | 10/19 | K | | |
| 638. MET TRANS AUTH NY 5% 11/15/2015 | A | Interest | N | T | BUY | 10/25 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 639. AFLAC INC | A | Dividend | K | T | BUY | 11/8 | K | | |
| 640. COMPASS BANCSHARES INC | | None | J | T | BUY | 11/28 | J | | |
| 641. | | | | | BUY | 12/1 | J | | |
| 642. NY ST DORM AUTH 5% 3/15/2018 | A | Interest | O | T | BUY | 12/1 | O | | |
| 643. PALM BCH CO FL 5% 11/15/2020 | A | Interest | O | T | BUY | 12/7 | O | | |
| 644. NY CITY TFA 98C 5/1/2028 | | None | M | T | BUY | 12/22 | M | | |
| 645. COCA-COLA CO | B | Dividend | L | T | BUY | 2/2 | L | | |
| 646. MITSHUBISHI HVY IND | A | Dividend | K | T | BUY | 2/2 | K | | |
| 647. UNILEVER PLC | A | Dividend | K | T | | | | | |
| 648. MONEY MARKET-FEDERATED NY MUNI | G | Dividend | P1 | T | | | | | |
| 649. NEW YORK NY GO 5% 1/1/2022 | | None | O | T | BUY | 12/21 | O | | |
| 650. ARKEMA | | None | | | BUY | 2/2 | J | | |
| 651. | | | | | SELL | 7/11 | J | A | |
| 652. VERIGY LTD | | None | J | T | SPIN-OFF | 10/16 | J | | |
| 653. IDEARC INC | | None | J | T | SPIN-OFF | 11/20 | J | | |
| 654. Money Market Fund JPMorgan Funds | | None | | | CLOSED | 1/2 | | | |
| 655. AXA - Money Market Fund | A | Dividend | | | CLOSED | 5/31 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 656. Chase Manhattan Bank - IRA List of Assets: | B | Int./Div. | K | T | | | | | |
| 657. - Eaton Vance Class B | | | | | | | | | |
| 658. - Money Market Fund JPMorgan Chase | | | | | | | | | |
| 659. Rental Property #14, Norfolk,VA | E | Rent | N | U | | | | | |
| 660. Rental Property #15, Norfolk,VA | F | Rent | N | U | | | | | |
| 661. Merrill Lynch - IRA - List of assets | B | Dividend | | | CLOSED | 6/5 | | | |
| 662. - Money Market Funds Merrill Lynch | | | | | TFR TO A.F. | 6/5 | M | | |
| 663. AMERICAN FUNDS IRA - LIST OF ASSETS | D | Dividend | M | T | | | | | |
| 664. -EUROPACIFIC GROWTH | | | | | TR FM M.L | 6/5 | K | | |
| 665. -THE GROWTH FUND OF AMERICA | | | | | TR FM M.L | 6/5 | L | | |
| 666. -SMALLCAP WORLD | | | | | TR FM M.L | 6/5 | K | | |
| 667. -CAPITAL INCOME BUILDER | | | | | TR FM M.L | 6/5 | L | | |
| 668. ▓▓▓▓Trust #18 - List of Assets: | G | Div/Int | P1 | T | | | | | |
| 669. - CASH - FEDERATED NY MUNI | | | | | | | | | |
| 670. -US TREASURY NOTE 3.5% 11/15/06 | | | | | BUY | 2/14 | P1 | | |
| 671. | | | | | REDEMPTION | 11/15 | P1 | A | |
| 672. -PR MUN FIN AGY FSA 5.5% 8/1/07 | | | | | BUY | 3/14 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 673. - NY CITY TFA 4.9% 8/15/10 | | | | | BUY | 3/13 | O | | |
| 674. -NY ST ENVIRON 5% 6/15/07 | | | | | BUY | 3/16 | O | | |
| 675. -ROCKLAND CNTY NY 4.5% 3/22/07 | | | | | BUY | 3/15 | O | | |
| 676. -NYC TFA 5.5 8/15/08 | | | | | BUY | 3/23 | O | | |
| 677. ████ Trust #19 - List of Assets: | H1 | Int./Div. | P3 | T | | | | | |
| 678. - CHEUNG KONG | | | | | SELL | 10/25 | L | D | |
| 679. - LI & FUNG | | | | | | | | | |
| 680. - SAP | | | | | BUY | 7/31 | K | | |
| 681. - HONG KONG & CHINA GAS | | | | | | | | | |
| 682. - HANG LUNG PROPERTIES | | | | | | | | | |
| 683. - AMERICAN INTL GROUP | | | | | | | | | |
| 684. - CINCINNATI FINL | | | | | | | | | |
| 685. - COCA-COLA AMATIL | | | | | | | | | |
| 686. - EMERSON ELEC | | | | | PARTIAL SALE | 9/14 | K | D | |
| 687. -GENERAL ELECTRIC CO | | | | | BUY | 2/3 | K | | |
| 688. | | | | | BUY | 2/16 | L | | |
| 689. - ILLINOIS TOOL WORKS | | | | | BUY | 2/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 690. - IBM | | | | | BUY | 3/2 | K | | |
| 691. | | | | | PARTIAL SALE | 9/21 | K | A | |
| 692. - NESTLE SA | | | | | BUY | 3/10 | K | | |
| 693. | | | | | BUY | 3/13 | L | | |
| 694. | | | | | BUY | 3/14 | J | | |
| 695. - PEARSON | | | | | SELL | 5/8 | K | D | |
| 696. -PEPSICO INC | | | | | | | | | |
| 697. - PROCTOR & GAMBLE | | | | | | | | | |
| 698. - RECKITT BENCKISER | | | | | | | | | |
| 699. - SCHLUMBERGER | | | | | PARTIAL SALE | 7/28 | J | D | |
| 700. - SOUTHWEST AIRLINES | | | | | | | | | |
| 701. - TIME WARNER | | | | | | | | | |
| 702. - UNION PACIFIC | | | | | PARTIAL SALE | 4/6 | J | C | |
| 703. - HSBC HLDGS | | | | | BUY | 2/17 | K | | |
| 704. - AIR PRODUCTS & CHEMS | | | | | | | | | |
| 705. - BHP BILLITON | | | | | PARTIAL SALE | 5/1 | L | E | |
| 706. - CAMPBELL SOUP | | | | | PARTIAL | 10/11 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 707. - REED ELSEVIER | | | | | PARTIAL SALE | 5/17 | K | B | |
| 708. | | | | | PARTIAL SALE | 5/19 | K | B | |
| 709. - NOVARTIS AG | | | | | PARTIAL SALE | 3/20 | K | C | |
| 710. - SHELL CDA | | | | | PARTIAL SALE | 3/30 | M | E | |
| 711. - RIO TINTO | | | | | PARTIAL SALE | 5/2 | K | E | |
| 712. | | | | | PARTIAL SALE | 9/1 | L | E | |
| 713. - ROYAL DUTCH | | | | | PARTIAL SALE | 9/22 | L | D | |
| 714. - TESCO | | | | | | | | | |
| 715. - UNITED TECHNOLOGIES | | | | | | | | | |
| 716. - HARTFORD FINL | | | | | PARTIAL SALE | 2/28 | L | D | |
| 717. | | | | | SELL | 3/1 | K | C | |
| 718. - RICHEMONT | | | | | PARTIAL SALE | 4/19 | L | E | |
| 719. | | | | | PARTIAL SALE | 5/5 | L | E | |
| 720. - BAKER HUGHES | | | | | PARTIAL SALE | 7/28 | K | D | |
| 721. - UPM-KYMMENE | | | | | SELL | 1/11 | L | A | |
| 722. - L'AIR LIQUIDE BEARER | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 723.  - ACCOR | | | | | | | | | |
| 724.  - HEINEKEN | | | | | BUY | 2/13 | J | | |
| 725. | | | | | BUY | 2/14 | J | | |
| 726. | | | | | BUY | 2/15 | J | | |
| 727.  - CITIGROUP | | | | | | | | | |
| 728.  - WELLS FARGO & CO | | | | | | | | | |
| 729.  - BERKSHIRE HATHAWAY | | | | | | | | | |
| 730.  - ALCOA | | | | | | | | | |
| 731.  -AMYLIN PHARMACEUTICALS | | | | | PARTIAL SALE | 4/27 | L | F | |
| 732. | | | | | SELL | 4/28 | J | B | |
| 733.  - SANOFI-AVENTIS | | | | | BUY | 10/20 | L | | |
| 734.  - VODAFONE | | | | | PARTIAL SALE | 1/20 | K | A | |
| 735. | | | | | PARTIAL SALE | 1/23 | L | A | |
| 736. | | | | | PARTIAL SALE | 2/17 | K | A | |
| 737. | | | | | SELL | 5/25 | M | A | |
| 738.  - COSTCO | | | | | PARTIAL SALE | 4/17 | K | C | |
| 739. | | | | | PARTIAL | 8/2 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 740.  - LOWES COMPANIES INC | | | | | BUY | 5/23 | K | | |
| 741. | | | | | BUY | 5/24 | L | | |
| 742. | | | | | BUY | 5/25 | L | | |
| 743. | | | | | BUY | 7/7 | K | | |
| 744.  - OMNICOM GROUP | | | | | | | | | |
| 745.  - AGILENT TECH | | | | | | | | | |
| 746.  - VERIGY LTD | | | | | SPIN OFF | 11/1 | J | | |
| 747.  - EXXON MOBIL | | | | | PARTIAL SALE | 1/10 | M | E | |
| 748. | | | | | PARTIAL SALE | 8/17 | M | E | |
| 749.  - ENI | | | | | SELL | 3/16 | L | E | |
| 750.  - FEDEX | | | | | | | | | |
| 751.  - SIEMENS | | | | | PARTIAL SALE | 10/17 | L | D | |
| 752.  - AMERICAN STD | | | | | BUY | 2/7 | L | | |
| 753. | | | | | BUY | 2/8 | K | | |
| 754.  - SIGNAPORE TELECOMM | | | | | BUY | 7/24 | J | | |
| 755. | | | | | BUY | 8/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 756. | | | | | BUY | 8/14 | K | | |
| 757. - KRAFT FOODS | | | | | BUY | 1/17 | K | | |
| 758. | | | | | BUY | 2/3 | J | | |
| 759. - JC DECAUX | | | | | | | | | |
| 760. - SUNCOR ENERGY | | | | | PARTIAL SALE | 3/7 | L | E | |
| 761. - HBOS PLC | | | | | PARTIAL SALE | 1/26 | M | E | |
| 762. - BNP PARIBAS | | | | | | | | | |
| 763. - SCHNEIDER ELECTRIC | | | | | PARTIAL SALE | 5/17 | K | D | |
| 764. | | | | | PARTIAL SALE | 5/18 | K | E | |
| 765. | | | | | PARTIAL SALE | 5/26 | L | E | |
| 766. - COLOPLAST | | | | | PARTIAL SALE | 3/13 | L | E | |
| 767. - RENAULT | | | | | | | | | |
| 768. - COMCAST | | | | | | | | | |
| 769. - GOLDEN WEST | | | | | SELL | 10/2 | L | E | |
| 770. - SLM CORP | | | | | BUY | 11/8 | L | | |
| 771. | | | | | BUY | 11/16 | J | | |
| 772. | | | | | BUY | 11/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 773. | | | | | BUY | 12/5 | J | | |
| 774. | | | | | BUY | 12/6 | J | | |
| 775. - WEATHERFORD INTL | | | | | | | | | |
| 776. - INDITEX | | | | | | | | | |
| 777. - HOLCIM LTD | | | | | PARTIAL SALE | 5/30 | J | A | |
| 778. - KINDER MORGAN INC | | | | | PARTIAL SALE | 1/26 | M | E | |
| 779. | | | | | PARTIAL SALE | 3/16 | K | D | |
| 780. | | | | | SELL | 7/7 | K | E | |
| 781. - GENERAL GROWTH PRO | | | | | | | | | |
| 782. - DUKE ENERGY | | | | | PARTIAL SALE | 1/10 | K | D | |
| 783. - HOYA | | | | | | | | | |
| 784. - AEON | | | | | | | | | |
| 785. - BMW AG | | | | | | | | | |
| 786. - VERIZON | | | | | SELL | 5/24 | K | A | |
| 787. | | | | | BUY | 7/6 | K | | |
| 788. - IDEARC INC | | | | | SPIN OFF | 11/20 | J | | |
| 789. - MITSUBISHI ESTATE | | | | | PARTIAL | 4/26 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 790. | | | | | PARTIAL SALE | 5/17 | K | E | |
| 791. - MITSUBISHI CORP | | | | | PARTIAL SALE | 1/26 | M | F | |
| 792. - CANON | | | | | | | | | |
| 793. - MITSUI SUMITOMO | | | | | PARTIAL SALE | 3/16 | J | C | |
| 794. - NIKON | | | | | | | | | |
| 795. - YAKULT HONSHA | | | | | | | | | |
| 796. - SUMITOMO MITSUI FINL | | | | | PARTIAL SALE | 1/26 | K | E | |
| 797. | | | | | PARTIAL SALE | 3/28 | K | E | |
| 798. - TOKYO GAS | | | | | PARTIAL SALE | 4/7 | K | D | |
| 799. | | | | | SELL | 4/10 | K | D | |
| 800. - JOHNSTON PRESS | | | | | BUY | 5/26 | J | | |
| 801. | | | | | BUY | 5/30 | K | | |
| 802. | | | | | BUY | 6/6 | J | | |
| 803. | | | | | PARTIAL SALE | 7/18 | J | A | |
| 804. | | | | | PARTIAL SALE | 7/20 | K | A | |
| 805. | | | | | SELL | 7/26 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 806. - ERICSSON | | | | | PARTIAL SALE | 8/28 | M | A | |
| 807. | | | | | SELL | 8/29 | L | D | |
| 808. - TOKYO ELECTRON | | | | | PARTIAL SALE | 11/21 | L | E | |
| 809. - ROYAL BANK SCOTLAND | | | | | | | | | |
| 810. - WOOLWORTHS | | | | | PARTIAL SALE | 5/11 | J | A | |
| 811. | | | | | BUY | 10/6 | J | | |
| 812. -WALMART DE MEXICO | | | | | | | | | |
| 813. - FOREST LABS | | | | | | | | | |
| 814. - UNILEVER NV | | | | | | | | | |
| 815. - ASTRAZENECA | | | | | | | | | |
| 816. - CHECKFREE | | | | | SELL | 3/6 | K | D | |
| 817. - ALLERGAN | | | | | PARTIAL SALE | 1/20 | J | C | |
| 818. - SUZUKI MOTOR | | | | | | | | | |
| 819. - FLUOR CORP | | | | | | | | | |
| 820. - PORTUGAL TELECOM | | | | | PARTIAL SALE | 1/23 | K | A | |
| 821. | | | | | PARTIAL SALE | 1/24 | K | A | |
| 822. | | | | | PARTIAL | 1/25 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 823. | | | | | PARTIAL SALE | 1/26 | K | A | |
| 824. | | | | | PARTIAL SALE | 1/27 | J | A | |
| 825. | | | | | SELL | 1/30 | K | A | |
| 826. - POTASH CORP | | | | | BUY | 2/9 | K | | |
| 827. | | | | | BUY | 3/30 | K | | |
| 828. | | | | | BUY | 10/6 | M | | |
| 829. - L'OREAL | | | | | BUY | 3/3 | K | | |
| 830. - MORRISON (WILLIAM) SUPERMARKETS | | | | | SELL | 9/28 | L | D | |
| 831. - CASH - JPMORGAN PRIME MONEY FUND | | | | | CLOSED | 1/2 | | | |
| 832. - NYC TFA 1.639% 11/1/22 | | | | | SELL | 3/7 | L | A | |
| 833. - SUFFOLK NY 4% 6/15/11 | | | | | | | | | |
| 834. - NYS DORM 5.25% 11/15/26 | | | | | | | | | |
| 835. - NYS ENVIRON 5.25% 6/15/12 | | | | | | | | | |
| 836. - NYS TWY 5.25% 4/1/07 | | | | | PARTIAL SALE | 3/13 | M | A | |
| 837. | | | | | SELL | 12/11 | N | A | |
| 838. -NY ADJ/SER H/SUBSER 8/1/13 | | | | | BUY | 2/2 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 839. | | | | | SELL | 3/7 | L | A | |
| 840. - TRIBOROUGH 5% 11/15/07 | | | | | | | | | |
| 841. - NYC MUNI 5.5% 7/1/07 | | | | | SELL | 12/20 | N | A | |
| 842. - NASSAU SALES TAX 5% 11/15/14 | | | | | | | | | |
| 843. - NY DORM CATSKILLS 3% 2/15/07 | | | | | | | | | |
| 844. - NYC GO 5% 8/1/15 | | | | | | | | | |
| 845. - NYS ENV 5.25% 12/15/16 | | | | | | | | | |
| 846. - MET TRANS AUTH 5% 11/15/07 | | | | | PARTIAL SALE | 12/20 | M | A | |
| 847. - ERIE 5% 5/1/07 | | | | | | | | | |
| 848. - EMPIRE ST 4% 3/15/07 | | | | | | | | | |
| 849. - NYC TFA 4.5% 2/1/07 | | | | | PARTIAL SALE | 3/29 | O | A | |
| 850. | | | | | SELL | 12/20 | L | A | |
| 851. - YONKERS MBIA 5% 12/1/07 | | | | | | | | | |
| 852. - MET TRANS AUTH 5.25% 11/15/17 | | | | | | | | | |
| 853. - NY ST DORM 5.25% 3/15/16 | | | | | | | | | |
| 854. - NY ST ENVIR 4.25% 11/15/19 | | | | | | | | | |
| 855. - NY SALES TAX 5% 10/15/21 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 856. - NYC GO 5% 6/1/17 | | | | | | | | | |
| 857. -NYC SUB E4 2.7% 8/1/22 | | | | | SELL | 3/7 | M | A | |
| 858. -NYC TFA 2.681% 11/1/22 | | | | | SELL | 3/7 | L | A | |
| 859. - NYS URBAN DEV 5.5% 1/1/2017 | | | | | PARTIAL SALE | 12/20 | K | A | |
| 860. - LEXMARK | | | | | PARTIAL SALE | 3/1 | K | A | |
| 861. | | | | | SELL | 3/1 | J | A | |
| 862. - WELLPOINT | | | | | BUY | 5/5 | K | | |
| 863. - TOLL HLDGS | | | | | PARTIAL SALE | 4/24 | J | A | |
| 864. | | | | | BUY | 9/29 | J | | |
| 865. - JPMORGAN CHASE | | | | | PARTIAL SALE | 3/15 | K | B | |
| 866. | | | | | PARTIAL SALE | 6/21 | L | D | |
| 867. - CRH | | | | | PARTIAL SALE | 3/30 | K | D | |
| 868. - DAVITA | | | | | | | | | |
| 869. - CISCO | | | | | | | | | |
| 870. - NATIONAL INST | | | | | | | | | |
| 871. - SAMSUNG | | | | | | | | | |
| 872. - RINKER | | | | | PARTIAL | 4/5 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 873.  - SEPRACOR | | | | | BUY | 1/13 | J | | |
| 874. | | | | | BUY | 3/28 | K | | |
| 875. | | | | | PARTIAL SALE | 7/25 | K | A | |
| 876. | | | | | PARTIAL SALE | 7/26 | L | A | |
| 877.  - AMERICA MOVIL | | | | | PARTIAL SALE | 1/25 | L | E | . |
| 878. | | | | | PARTIAL SALE | 4/18 | K | E | |
| 879.  - IBERDROLA | | | | | SELL | 11/2 | M | E | |
| 880.  - BOUYGUES | | | | | BUY | 3/6 | K | | |
| 881. | | | | | BUY | 3/7 | J | | |
| 882. | | | | | BUY | 3/8 | K | | |
| 883. | | | | | BUY | 11/8 | K | | |
| 884.  - WASHINGTON MUTUAL | | | | | BUY | 7/28 | K | | |
| 885.  - FANUC | | | | | | | | | |
| 886.  - EXELON | | | | | | | | | . |
| 887.  - GENERAL DYNAMICS | | | | | | | | | |
| 888.  - CENTRICA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 889.  - MEDCO | | | | | PARTIAL SALE | 10/6 | K | C | |
| 890. | | | | | SELL | 11/10 | K | A | |
| 891.  - AT&T INC | | | | | | | | | |
| 892.  - MICROSOFT | | | | | BUY | 1/10 | L | | |
| 893. | | | | | BUY | 1/11 | L | | |
| 894. | | | | | BUY | 1/13 | J | | |
| 895. | | | | | BUY | 2/3 | K | | |
| 896. | | | | | PARTIAL SALE | 5/2 | M | A | |
| 897. | | | | | BUY | 8/1 | K | | |
| 898.  - FALCONBRIDGE LTD (FORMERLY NORANDA) | | | | | SELL | 7/11 | M | F | |
| 899.  - MILLENNIUM PHARM | | | | | | | | | |
| 900.  - SCOT & STHN ENERGY | | | | | | | | | |
| 901.  - UNITED PARCEL SERVICE | | | | | | | | | |
| 902.  - EAST WEST BANCORP | | | | | | | | | |
| 903.  -ALTADIS SA (SPAIN) | | | | | | | | | |
| 904.  - FORTIS | | | | | BUY | 5/18 | K | | |
| 905.  -LEGGETT & PLATT INC | | | | | PARTIAL | 5/23 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | | | | | SALE | | | | |
| 906. | | | | | PARTIAL SALE | 5/24 | K | A | |
| 907. | | | | | PARTIAL SALE | 5/25 | K | A | |
| 908. | | | | | PARTIAL SALE | 7/7 | J | A | |
| 909. | | | | | PARTIAL SALE | 7/10 | J | A | |
| 910. | | | | | PARTIAL SALE | 7/11 | J | A | |
| 911. - GALLAGHER ARTHUR | | | | | | | | | |
| 912. - STATE STREET CORP | | | | | PARTIAL SALE | 5/30 | K | D | |
| 913. | | | | | SELL | 5/31 | K | D | |
| 914. - KONINKLIJKE KPN (FORMERLY KPN) | | | | | PARTIAL SALE | 8/3 | L | E | |
| 915. - ESSILOR | | | | | BUY | 5/5 | K | | |
| 916. - SASOL | | | | | BUY | 4/6 | M | | |
| 917. - NINTENDO | | | | | SELL | 7/27 | M | F | |
| 918. - SUN HUNG KAI | | | | | | | | | |
| 919. - STANDARD CHARTERED | | | | | | | | | |
| 920. - SMITH & NEPHEW | | | | | | | | | |
| 921. - CANADIAN NATURAL RES | | | | | BUY | 1/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 922. | | | | | BUY | 1/6 | J | | |
| 923. - ALCAN | | | | | PARTIAL SALE | 10/25 | K | D | |
| 924. | | | | | PARTIAL SALE | 10/30 | K | D | |
| 925. - REPSOL | | | | | PARTIAL SALE | 1/27 | J | A | |
| 926. | | | | | PARTIAL SALE | 1/31 | J | A | |
| 927. | | | | | PARTIAL SALE | 2/1 | J | A | |
| 928. | | | | | SELL | 2/2 | J | A | |
| 929. - BAYER | | | | | PARTIAL SALE | 8/21 | K | D | |
| 930. | | | | | SELL | 8/22 | K | D | |
| 931. - VEOLIA | | | | | | | | | |
| 932. - ADOBE | | | | | PARTIAL SALE | 6/16 | K | B | |
| 933. | | | | | PARTIAL SALE | 6/19 | L | C | |
| 934. | | | | | SELL | 8/2 | J | A | |
| 935. - CAMECO | | | | | | | | | |
| 936. - VOLKSWAGEN | | | | | SELL | 1/5 | K | A | |
| 937. - BANCO SANTANDER | | | | | | | | | |
| 938. - DANAHER | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 939.  - CHEVRON | | | | | PARTIAL SALE | 10/25 | M | D | |
| 940. | | | | | PARTIAL SALE | 11/7 | K | C | |
| 941.  - WESFARMERS | | | | | PARTIAL SALE | 5/5 | J | A | |
| 942. | | | | | SELL | 5/9 | K | A | |
| 943.  - CARNIVAL CORP | | | | | BUY | 3/13 | K | | |
| 944. | | | | | BUY | 6/27 | M | | |
| 945. | | | | | PARTIAL SALE | 5/25 | M | A | |
| 946. | | | | | BUY | 7/10 | K | | |
| 947. | | | | | PARTIAL SALE | 9/21 | L | C | |
| 948. | | | | | PARTIAL SALE | 9/22 | L | D | |
| 949. | | | | | SELL | 9/26 | K | B | |
| 950.  - CAPITAL ONE | | | | | | | | | |
| 951.  - AVON | | | | | PARTIAL SALE | 1/27 | J | A | |
| 952. | | | | | SELL | 1/30 | K | A | |
| 953. | | | | | BUY | 11/8 | K | | |
| 954.  - TELFONICA | | | | | SELL | 1/10 | K | A | |
| 955.  - ALLIANCE SE (FORMERLY ALLIANZ) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 956. - KINGFISHER | | | | | | | | | |
| 957. - CADBURY SCHWEPPES | | | | | | | | | |
| 958. - TOKYO ELECTRIC POWER | | | | | | | | | |
| 959. - MITSUBISHI HVY IND | | | | | | | | | |
| 960. - TREND MICRO | | | | | | | | | |
| 961. - NIKKO CORDIAL | | | | | BUY | 2/13 | K | | |
| 962. | | | | | SELL | 9/8 | L | A | |
| 963. - SUMITOMO REAL ESTATE SALES | | | | | | | | | |
| 964. - AUTONATION | | | | | BUY | 3/15 | L | | |
| 965. | | | | | PARTIAL SALE | 4/12 | J | A | |
| 966. - WILLIAMS SONOMA | | | | | | | | | |
| 967. - COCA COLA | | | | | | | | | |
| 968. - MCDONALDS | | | | | | | | | |
| 969. - IMCLONE | | | | | | | | | |
| 970. -BRAMBLES LTD | | | | | BUY | 1/12 | K | | |
| 971. | | | | | BUY | 1/18 | K | | |
| 972. -NEWCREST MINING NPV | | | | | BUY | 1/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 973. | | | | | BUY | 1/17 | J | | |
| 974. | | | | | BUY | 1/18 | K | | |
| 975. -BARRICK GOLD CORP | | | | | BUY | 2/9 | K | | |
| 976. | | | | | BUY | 2/10 | K | | |
| 977. | | | | | BUY | 5/17 | K | | |
| 978. -ADIDAS AG | | | | | BUY | 1/30 | K | | |
| 979. | | | | | BUY | 5/18 | K | | |
| 980. | | | | | SELL | 11/15 | L | A | |
| 981. -TOTAL SA | | | | | BUY | 1/31 | L | | |
| 982. | | | | | BUY | 7/26 | K | | |
| 983. -NOKIA OYJ | | | | | BUY | 3/8 | J | | |
| 984. | | | | | BUY | 3/8 | J | | |
| 985. | | | | | BUY | 3/9 | J | | |
| 986. | | | | | BUY | 3/13 | J | | |
| 987. | | | | | BUY | 3/29 | J | | |
| 988. | | | | | BUY | 4/18 | L | | |
| 989. | | | | | BUY | 4/25 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 990. | | | | | BUY | 5/3 | L | | |
| 991. | | | | | BUY | 8/31 | J | | |
| 992. | | | | | PARTIAL SALE | 10/24 | L | A | |
| 993.  -MELCO INT'L | | | | | BUY | 3/29 | J | | |
| 994. | | | | | BUY | 3/31 | J | | |
| 995. | | | | | BUY | 4/3 | J | | |
| 996. | | | | | BUY | 4/13 | L | | |
| 997. | | | | | BUY | 4/18 | J | | |
| 998. | | | | | BUY | 4/20 | J | | |
| 999. | | | | | BUY | 4/21 | J | | |
| 1000. | | | | | BUY | 4/24 | J | | |
| 1001. | | | | | BUY | 4/25 | J | | |
| 1002. | | | | | BUY | 4/26 | J | | |
| 1003. -MITSUBISHI UFJ HOLDING | | | | | BUY | 1/12 | L | | |
| 1004. | | | | | BUY | 11/21 | J | | |
| 1005. -SOFTBANK CORP | | | | | BUY | 2/10 | L | | |
| 1006. | | | | | BUY | 2/20 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1007. | | | | | BUY | 7/25 | M | | |
| 1008. | | | | | BUY | 10/10 | J | | |
| 1009. -NIPPON STEEL CORP | | | | | BUY | 2/22 | K | | |
| 1010. -DISNEY WALT CO | | | | | BUY | 1/6 | K | | |
| 1011. | | | | | BUY | 1/9 | K | | |
| 1012. | | | | | BUY | 1/13 | K | | |
| 1013. | | | | | BUY | 1/17 | J | | |
| 1014. -CORNING INC | | | | | BUY | 1/25 | M | | |
| 1015. | | | | | BUY | 11/6 | L | | |
| 1016. | | | | | BUY | 11/7 | K | | |
| 1017. | | | | | PARTIAL SALE | 12/12 | M | A | |
| 1018. -MARSH & MCLENNAN COS | | | | | BUY | 2/28 | J | | |
| 1019. | | | | | BUY | 3/1 | J | | |
| 1020. | | | | | BUY | 3/2 | J | | |
| 1021. | | | | | BUY | 3/3 | J | | |
| 1022. | | | | | BUY | 3/6 | J | | |
| 1023. | | | | | BUY | 3/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1024. | | | | | BUY | 3/8 | J | | |
| 1025. | | | | | BUY | 3/21 | K | | |
| 1026. -INTEL CORP | | | | | BUY | 3/6 | K | | |
| 1027. | | | | | BUY | 3/21 | K | | |
| 1028. | | | | | BUY | 4/27 | K | | |
| 1029. | | | | | BUY | 4/28 | J | | |
| 1030. | | | | | BUY | 5/9 | K | | |
| 1031. -MEDTRONIC INC | | | | | BUY | 3/14 | M | | |
| 1032. | | | | | BUY | 3/31 | K | | |
| 1033. - ING GROUP NV CVA | | | | | BUY | 5/17 | K | | |
| 1034. | | | | | BUY | 8/17 | M | | |
| 1035. - BAE SYSTEMS PLC | | | | | BUY | 4/4 | M | | |
| 1036. | | | | | BUY | 4/5 | J | | |
| 1037. | | | | | BUY | 4/7 | K | | |
| 1038. | | | | | BUY | 4/18 | K | | |
| 1039. | | | | | BUY | 12/5 | K | | |
| 1040. - YELL GROUP PLC | | | | | BUY | 4/7 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1041. | | | | | BUY | 4/10 | L | | |
| 1042. - NITTO DENKO CORP | | | | | BUY | 4/10 | K | | |
| 1043. | | | | | SELL | 7/25 | K | A | |
| 1044. | | | | | BUY | 8/29 | K | | |
| 1045. | | | | | SELL | 11/13 | K | A | |
| 1046. -SPRINT NEXTEL CORP | | | | | BUY | 4/5 | K | | |
| 1047. | | | | | PARTIAL SALE | 9/19 | K | A | |
| 1048. | | | | | SELL | 9/20 | J | A | |
| 1049. | | | | | BUY | 10/25 | K | | |
| 1050. -WACHOVIA CORP | | | | | BUY | 4/25 | K | | |
| 1051. - TARGET CORP | | | | | BUY | 5/10 | K | | |
| 1052. | | | | | BUY | 10/5 | K | | |
| 1053. | | | | | BUY | 10/6 | J | | |
| 1054. | | | | | BUY | 12/12 | K | | |
| 1055. - DELL INC | | | | | BUY | 5/16 | K | | |
| 1056. - PUERTO RICO COMWLTH 5% 12/1/2013 | | | | | BUY | 5/23 | O | | |
| 1057. - SARA LEE CORP | | | | | BUY | 6/2 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 68 of 77

**Name of Person Reporting**

Barry, Maryanne T

**Date of Report**

8/14/2007

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1058. | | | | | BUY | 6/6 | J | | |
| 1059. | | | | | BUY | 6/19 | J | | |
| 1060. | | | | | BUY | 6/23 | J | | |
| 1061. | | | | | BUY | 7/28 | J | | |
| 1062. | | | | | BUY | 7/31 | K | | |
| 1063. - METROPOLITAN TR AUTH NY 11/1/2026 | | | | | BUY | 6/26 | L | | |
| 1064. | | | | | BUY | 11/22 | M | | |
| 1065. | | | | | SELL | 12/8 | N | A | |
| 1066. - JARDEN CORP | | | | | BUY | 6/26 | K | | |
| 1067. | | | | | BUY | 6/27 | K | | |
| 1068. | | | | | BUY | 6/28 | J | | |
| 1069. | | | | | BUY | 6/29 | J | | |
| 1070. | | | | | BUY | 6/30 | J | | |
| 1071. | | | | | BUY | 7/5 | J | | |
| 1072. | | | | | BUY | 7/10 | J | | |
| 1073. | | | | | BUY | 7/11 | J | | |
| 1074. - INFOSYS TECHNOLOGIES | | | | | BUY | 6/27 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1075. | | | | | BUY | 6/28 | K | | |
| 1076. - CARNIVAL PLC | | | | | SELL | 5/25 | K | A | |
| 1077. | | | | | BUY | 7/3 | K | | |
| 1078. | | | | | PARTIAL SALE | 9/22 | K | C | |
| 1079. | | | | | SELL | 9/25 | J | A | |
| 1080. -EMBARQ CORP | | | | | SPIN OFF | 5/18 | J | | |
| 1081. | | | | | SELL | 5/31 | J | A | |
| 1082. -TORONTO-DOMINION BANK | | | | | BUY | 9/6 | K | | |
| 1083. | | | | | BUY | 9/7 | K | | |
| 1084. AXA | | | | | BUY | 8/31 | K | | |
| 1085. | | | | | BUY | 9/1 | J | | |
| 1086. | | | | | BUY | 9/4 | J | | |
| 1087. | | | | | BUY | 9/5 | J | | |
| 1088. -RAIFFEISEN INTL | | | | | BUY | 9/7 | K | | |
| 1089. | | | | | BUY | 11/10 | K | | |
| 1090. -ICICI BANK LTD | | | | | BUY | 7/18 | L | | |
| 1091. | | | | | BUY | 7/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1092. | | | | | BUY | 7/26 | J | | |
| 1093. -AMAZON.COM | | | | | BUY | 8/1 | L | | |
| 1094. -CERNER CORP | | | | | BUY | 8/1 | K | | |
| 1095. | | | | | BUY | 8/2 | K | | |
| 1096. | | | | | BUY | 8/3 | K | | |
| 1097. | | | | | BUY | 8/4 | K | | |
| 1098. | | | | | BUY | 8/7 | J | | |
| 1099. | | | | | BUY | 8/8 | J | | |
| 1100. | | | | | BUY | 8/9 | J | | |
| 1101. | | | | | BUY | 8/10 | J | | |
| 1102. | | | | | BUY | 8/11 | J | | |
| 1103. | | | | | BUY | 8/14 | J | | |
| 1104. | | | | | BUY | 8/15 | J | | |
| 1105. | | | | | BUY | 8/16 | J | | |
| 1106. | | | | | BUY | 8/18 | J | | |
| 1107. -LINCARE HOLDINGS | | | | | BUY | 8/31 | J | | |
| 1108. | | | | | BUY | 9/1 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1109. | | | | | BUY | 9/5 | J | | |
| 1110. | | | | | BUY | 9/6 | J | | |
| 1111. | | | | | BUY | 9/7 | J | | |
| 1112. | | | | | BUY | 9/8 | J | | |
| 1113. | | | | | BUY | 9/11 | K | | |
| 1114. -HANESBRANDS INC | | | | | SPIN OFF | 9/5 | J | | |
| 1115. | | | | | BUY | 9/8 | J | | |
| 1116. | | | | | BUY | 9/11 | J | | |
| 1117. | | | | | BUY | 9/12 | J | | |
| 1118. -ARCH COAL INC | | | | | BUY | 9/21 | K | | |
| 1119. | | | | | BUY | 9/22 | K | | |
| 1120. -ARKEMA | | | | | BUY | 1/31 | J | | |
| 1121. | | | | | SELL | 7/11 | J | A | |
| 1122. -CLARIANT NAM | | | | | BUY | 12/15 | K | | |
| 1123. | | | | | BUY | 12/18 | K | | |
| 1124. -UCB | | | | | BUY | 10/6 | K | | |
| 1125. | | | | | BUY | 10/9 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1126. | | | | | BUY | 10/10 | L | | |
| 1127. | | | | | BUY | 10/11 | K | | |
| 1128. | | | | | BUY | 10/12 | K | | |
| 1129. | | | | | BUY | 10/13 | K | | |
| 1130. | | | | | BUY | 10/16 | J | | |
| 1131. | | | | | BUY | 11/8 | K | | |
| 1132. -LEGAL & GENERAL GROUP PLC | | | | | BUY | 10/16 | L | | |
| 1133. -SABMILLER PLC | | | | | BUY | 12/7 | K | | |
| 1134. | | | | | BUY | 12/8 | J | | |
| 1135. | | | | | BUY | 12/11 | J | | |
| 1136. | | | | | BUY | 12/12 | J | | |
| 1137. | | | | | BUY | 12/13 | J | | |
| 1138. -JOHNSON CONTROLS INC | | | | | BUY | 10/16 | K | | |
| 1139. | | | | | BUY | 10/17 | J | | |
| 1140. -AFLAC INC | | | | | BUY | 11/8 | K | | |
| 1141. -COMPASS BANCSHARES INC | | | | | BUY | 11/28 | J | | |
| 1142. | | | | | BUY | 12/1 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1143. -NY ST DORM 5% 3/15/18 | | | | | BUY | 12/1 | O | | |
| 1144. -FREEPORT NY FREE 4.5% 12/1/2020 | | | | | BUY | 3/3 | O | | |
| 1145. -NY NY SER G 5.75% 10/15/2012 | | | | | BUY | 3/28 | O | | |
| 1146. | | | | | SELL | 5/24 | O | A | |
| 1147. -NEW YORK NY GO 5% 1/1/2022 | | | | | BUY | 12/21 | O | | |
| 1148. - DELTA PETROLEUM | | | | | BUY | 1/3 | J | | |
| 1149. | | | | | BUY | 1/5 | J | | |
| 1150. | | | | | BUY | 5/18 | K | | |
| 1151. | | | | | BUY | 5/19 | K | | |
| 1152. | | | | | BUY | 5/22 | K | | |
| 1153. | | | | | BUY | 5/23 | J | | |
| 1154. | | | | | BUY | 5/24 | J | | |
| 1155. | | | | | BUY | 5/25 | J | | |
| 1156. - ZYMOGENETICS | | | | | BUY | 1/3 | J | | |
| 1157. | | | | | BUY | 1/5 | J | | |
| 1158. | | | | | BUY | 2/13 | J | | |
| 1159. | | | | | BUY | 10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1160. -SSGA MONEY MARKET FD | | | | | | | | | |
| 1161. - Rental Property #24, Brooklyn NY | | | | | | | | | |
| 1162. ▮▮▮Trust #20 - List of Assets: | F | Dividend/Int | P1 | T | | | | | |
| 1163. - CASH - MONEY MARKET FEDERATED NY MUNI | | | | | | | | | |
| 1164. -NY CITY TFA 5.5% 8/15/08 | | | | | BUY | 3/23 | O | | |
| 1165. -NY CITY TFA A PREREF 4.9% 8/15/10 | | | | | BUY | 3/13 | N | | |
| 1166. -NY ST ENVIRON 5% 6/15/07 | | | | | BUY | 3/16 | N | | |
| 1167. -PR MUN FIN AGY FSA 5.5% 8/1/07 | | | | | BUY | 3/14 | N | | |
| 1168. -ROCKLAND CNTY NY 4.5% 3/22/07 | | | | | BUY | 3/15 | N | | |
| 1169. -US TREASURY NOTE 3.5% 11/15/06 | | | | | BUY | 2/14 | P1 | | |
| 1170. | | | | | REDEMPTION | 11/15 | P1 | A | |
| 1171. ▮▮▮BUSINESS #3, BROOKLYN, NY | | None | M | U | | | | | |
| 1172. RENTAL PROPERTY #26, BROOKLYN, NY | A | Rent | | | LIQ | 12/31 | | | |
| 1173. RENTAL PROPERTY # 27, BROOKLYN, NY | A | Rent | | | LIQ | 12/31 | | | |
| 1174 ▮▮▮Trust #21 - List of Assets: | H1 | LLC, Int | P2 | U | | | | | |
| 1175. - RENTAL PROPERTY #26 | | | | | LIQ | 12/31 | | | |
| 1176. - RENTAL PROPERTY #14 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Barry, Maryanne T | 8/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1177. - RENTAL PROPERTY #15 | | | | | | | | | |
| 1178. - RENTAL PROPERTY #27 | | | | | LIQ | 12/31 | | | |
| 1179. - RENTAL PROPERTY #28 | | | | | | | | | |
| 1180. - RENTAL PROPERTY #29 | | | | | | | | | |
| 1181. - Chase - cash | | | | | | | | | |
| 1182. Rental Property #29 | F | Rent | J | U | | | | | |
| 1183. Rental Property #28 | G | Rent | L | U | | | | | |
| 1184. ████ Trust #22 - List of Assets: | H1 | Int./Div. | P1 | T | | | | | |
| 1185. - RENTAL PROPERTY #25 | | | | | | | | | |
| 1186. -Fixed Income Account: | | | | | | | | | |
| 1187. - US TREASURY NOTE 1.875% 1/31/06 | | | | | REDEMPTION | 1/31 | O | A | |
| 1188. - US TREASURY NOTE 2.25% 4/30/06 | | | | | PARTIAL SALE | 3/20 | L | A | |
| 1189. | | | | | REDEMPTION | 5/1 | P2 | A | |
| 1190. -US TREASURY NOTE 3% 12/31/06 | | | | | BUY | 2/14 | N | | |
| 1191. | | | | | BUY | 5/2 | P2 | | |
| 1192. - CASH - FEDERATED NY MUNI | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T | 8/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names(ie. Rental Property #1)
These entities will eventually be liquidated as they wind up their affairs:


Rental Property #2
Rental Property # 16
Rental Property #17
Rental Property #21
Rental Property # 22
Rental Property #24
Rental Property #25

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/14/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  8/21/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544